People v Kamal H. (2024 NY Slip Op 05356)

People v Kamal H.

2024 NY Slip Op 05356

Decided on October 30, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 30, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

COLLEEN D. DUFFY, J.P.
ROBERT J. MILLER
LINDA CHRISTOPHER
LOURDES M. VENTURA, JJ.

2022-00640
 (Ind. No. 746/20)

[*1]The People of the State of New York, respondent,
v
Kamal H. (Anonymous), appellant.

Patricia Pazner, New York, NY (Tina Peng of counsel), for appellant.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Ann Bordley of counsel; Lauren Slattery on the brief), for respondent.

DECISION & ORDER
Appeal by the defendant from a judgment of the Supreme Court, Kings County (Donald Leo, J.), rendered January 21, 2022, adjudicating him a youthful offender, upon his plea of guilty to attempted criminal possession of a weapon in the second degree, and imposing sentence.
ORDERED that the judgment is affirmed.
The defendant pleaded guilty to attempted criminal possession of a weapon in the second degree (Penal Law §§ 110.00, 265.03[3]), was adjudicated a youthful offender, and was sentenced to one year of incarceration pursuant to a plea agreement.
The defendant's contention that the offense to which he pleaded guilty was rendered unconstitutional by the decision of the United States Supreme Court in New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1) is unpreserved for appellate review, since he failed to raise a constitutional challenge before the Supreme Court (see People v Cabrera, 41 NY3d 35, 42-51; People v Chase, 223 AD3d 913, 913). We decline to exercise our interest of justice jurisdiction to consider his contention (see CPL 470.15[3][c]; People v Guzman, 227 AD3d 1107, 1108; People v Johnson, 225 AD3d 626, 627).
In light of our determination, we need not consider the parties' remaining contentions.
DUFFY, J.P., MILLER, CHRISTOPHER and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court